UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

KENNETH STAHN,

    Defendant.
-------------------------------------------------------X

**SEALING ORDER**
1: 16 Cr. _____ (PAC)

**16 CRIM 581**

HONORABLE PAUL A. CROTTY, United States District Judge:

IT IS ORDERED that the Clerk of Court issue a docket number in the above-referenced case;

IT IS FURTHER ORDERED that no docket entries shall be made in the above-captioned matter until further Order by this Court;

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of the transcript of proceedings in this matter without Order of the Court; and

IT IS FINALLY ORDERED that all documents relating to this matter, after a docket number is assigned, shall remain under seal in the chambers of the undersigned.

Dated: New York, New York
       August **31**, 2016

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge