UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES

    -v-                                      No.   16 CR 581-LTS

KENNETH STAHN,

        Defendant.

-------------------------------------------------------x

## ORDER

        On April 9, 2024, this case was reassigned to the undersigned from Judge Paul A. Crotty. The parties are directed to meet and confer, and the Government is to provide a status report on this case, including the parties' suggestions as to further scheduling, by **May 7, 2024**.

        SO ORDERED.

Dated: New York, New York
       April 23, 2024

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge