UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                   No. 16-CR-581-LTS

KENNETH STAHN,

        Defendant.

-------------------------------------------------------x

## SCHEDULING ORDER

The pretrial hearing in this case, previously scheduled for January 13, 2025, at 2:00 PM, is hereby adjourned to **January 16, 2025, at 11:00 AM** in Courtroom 17C.

This Order will be filed under seal.

SO ORDERED.

Dated: New York, New York
         January 13, 2025

                                                                   /s/ Laura Taylor Swain
                                                               LAURA TAYLOR SWAIN
                                                               United States District Judge