UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                              No. 16-CR-581-LTS

KENNETH STAHN,

        Defendant.

-------------------------------------------------------x

## ORDER

In light of the order of <u>nolle prosequi</u> entered at docket entry no. 24, the conference in this case, currently scheduled for April 29, 2025, at 11:00 AM, is hereby cancelled.

      SO ORDERED.

Dated: New York, New York
       April 21, 2025

                                                     /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                                  Chief United States District Judge